UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EFREN OYERBIDE, FRANKLYN ALVARADO,
SABINA MAEZ, and FRANQUIL PIEDRA, on
behalf of themselves and all
others similarly situated,

    09 Civ. 9940 (PAC) (MHD)

          Plaintiffs,

    **CONSENT TO SUE**

  -against-

    **COLLECTIVE ACTION**

NELLO BALAN, THOMAS MAKKOS,
MADISON GLOBAL LLC, TD SOURCE, INC.,
and K-2 REST. CORP.,

    **ECF CASE**

          Defendants.
-----------------------------------------------------------X

    I hereby consent to be a plaintiff in the case of *Oyerbide, et al. v. Balan, et al.* I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 01-05, 2010

Signature: _____

Name: EFREN OYERBIDE