UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EFREN OYERBIDE, FRANKLYN ALVARADO,
SABINA MAEZ, and FRANQUIL PIEDRA, on
behalf of themselves and all
others similarly situated,

                   Plaintiffs,

    -against-

NELLO BALAN, THOMAS MAKKOS,
MADISON GLOBAL LLC, TD SOURCE, INC.,
and K-2 REST. CORP.,

                   Defendants.
------------------------------------------------------------X

09 Civ. 9940 (PAC) (MHD)

CONSENT TO SUE

COLLECTIVE ACTION

ECF CASE

I hereby consent to be a plaintiff in the case of *Oyerbide, et al. v. Balan, et al.* I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 1/7, 2010

Signature: _____

Name: Sabina Maez