```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 18 JAN 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

EFREN OYERBIDE, et al., on behalf of themselves
and all others similarly situated,

                Plaintiffs,

      -against-

NELLO BALAN, et al.,

               Defendants.

------------------------------------------------------------x

VIA ECF

09 CV 9940
Crotty, J.
Dolinger, M.

## STIPULATION AND ORDER OF SETTLEMENT

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any Party. The settlement in this matter has been reviewed by this Court, which has found the settlement to be a fair and reasonable compromise of all claims. This Court shall retain jurisdiction of the case pending full payment under the settlement.

BERKE-WEISS & PECHMAN LLP
Attorneys for Plaintiffs
488 Madison Avenue
New York, NY 10022-5703
By: _____
Louis Pechman, Esq.

Dated: 1/11/11

JACKSON LEWIS LLP
Attorneys for Defendants Madison
Global LLC, MS Global Holding
Corp., Main LLC, Majestate Tantum
LLC, Thomas Makkos, George Makkos
and Paul Nicaj
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

By: _____
Felice B. Ekelman, Esq.

Dated: 1/13/11

GORDON, SIBELL & IANNONE, PLLC
*Attorneys for Defendants Nello Balan, Nello Summertime LLC, Nello (Catering) LLC, Nello (Food) LLC, 999 Restaurant Corp., K-2 Rest. Corp, TD Source, Inc., Midtown Technologies Inc., Nello NY Ltd., Nello On Madison, Inc. and 1350 Sixth Avenue Corp.*
400 Garden City Plaza #106
Garden City, NY 11021

By: _____
James L. Iannone, Esq.

Dated: 1/11/11

SO ORDERED on this 18th day of January 2011

_____
United States District Judge